UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE H. FRANK | : |
| | : Case No. |
|     Plaintiff | : |
| | : |
| v. | : |
| | : |
| GENERAL ELECTRIC COMPANY; | : |
| CBS CORPORATION f/k/a VIACOM INC., | : |
| successor-by-merger with CBS | : |
| CORPORATION f/k/a WESTINGHOUSE | : |
| ELECTRIC CORPORATION; AND | : |
| AIR & LIQUID SYSTEMS CORPORATION, | : |
| as successor-by-merger to BUFFALO PUMPS, | : |
| INC. | : AUGUST 4, 2011 |
| | : |
|     Defendants. | : |

## APPEARANCE

Enter my appearance as Attorney for the defendant, General Electric Company in the above-entitled case.

                                                  THE DEFENDANT,
                                                  GENERAL ELECTRIC COMPANY


                                                  By  /s/ Dan E. LaBelle
                                                      Dan E. LaBelle, Esq.
                                                      HALLORAN & SAGE  LLP
                                                      Fed. Bar #ct 01984
                                                      315 Post Road West
                                                      Westport, CT  06880
                                                      (203) 227-2855
                                                      labelle@halloran-sage.com

- 2 -

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on this 4th day of August, 2011 to all counsel of record, to wit:

**Stephen C. Embry, Esq.**
Embry and Neusner
118 Poquonnock Road
Groton, CT  06340

**Thomas Maxwell, Esq.**
Pullman & Comley LLC
850 Main Street
Bridgeport, CT  06601

**Geoffrey Lane Squitiero, Esq.**
Maher & Murtha
528 Clinton Ave., PO Box 901
Bridgeport, CT 06601

/s/ Dan E. LaBelle
Dan E. LaBelle

2083483v.1

- 2 -