UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE H. FRANK                             : | |
|                                       : | Case No. |
|      Plaintiff                        : | |
|                                         : | |
| v.                                        : | |
|                                         : | |
| GENERAL ELECTRIC COMPANY;          : | |
| CBS CORPORATION f/k/a VIACOM INC.,    : | |
| successor-by-merger with CBS             : | |
| CORPORATION f/k/a WESTINGHOUSE      : | |
| ELECTRIC CORPORATION; AND         : | |
| AIR & LIQUID SYSTEMS CORPORATION,   : | |
| as successor-by-merger to BUFFALO PUMPS,: | |
| INC.                                        : | AUGUST 4, 2011 |
|                                         : | |
|      Defendants.                 : | |

## <u>CORPORATE DISCLOSURE STATEMENT OF GENERAL ELECTRIC COMPANY</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant General

Electric Company ("GE") certifies the following:

1.     GE is a publicly traded corporation and has no parent corporation.

2

2.      No publicly held corporation owns 10% or more of GE's stock.

THE DEFENDANT,
GENERAL ELECTRIC COMPANY


_____/s/ Dan E. LaBelle_____
        Dan E. LaBelle, Esq.
        Federal Bar No. ct01984
        Halloran & Sage LLP
        315 Post Road West,
        Westport, CT  06880
        Telephone: (203) 227-2855
        Facsimile: (203) 227-6992
        labelle@halloran-sage.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed on this 4th day of

August, 2011 to all counsel of record, to wit:

**Stephen C. Embry, Esq.**
Embry and Neusner
118 Poquonnock Road
Groton, CT  06340

**Thomas Maxwell, Esq.**
Pullman & Comley LLC
850 Main Street
Bridgeport, CT  06601

**Geoffrey Lane Squitiero, Esq.**
Maher & Murtha
528 Clinton Ave., PO Box 901
Bridgeport, CT 06601

/s/ Dan E. LaBelle
Dan E. LaBelle

2083488v.1

3