UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EUGENE H. FRANK | : | |
| | : | Case No. |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| GENERAL ELECTRIC COMPANY; | : | |
| CBS CORPORATION f/k/a VIACOM INC., | : | |
| successor-by-merger with CBS | : | |
| CORPORATION f/k/a WESTINGHOUSE | : | |
| ELECTRIC CORPORATION; AND | : | |
| AIR & LIQUID SYSTEMS CORPORATION, | : | |
| as successor-by-merger to BUFFALO PUMPS, | : | |
| INC. | : | AUGUST 4, 2011 |
| | : | |
| Defendants. | : | |

## NOTICE RE: OUTSTANDING MOTIONS

Pursuant to the requirements of the Standing Order on Removed cases, the

undersigned attorney hereby certifies that there are no outstanding motions which

require rulings or judicial action to be taken by this Court as of the time of removal.

THE DEFENDANT,
GENERAL ELECTRIC COMPANY


____/s/ Dan E. LaBelle_____
Dan E. LaBelle, Esq.
Federal Bar No. ct01984
Halloran & Sage LLP
315 Post Road West
Westport, CT  06880
Telephone: (203) 227-2855
Facsimile: (203) 227-6992
labelle@halloran-sage.com

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been mailed on this 4th day of August, 2011 to all counsel of record, to wit:

**Stephen C. Embry, Esq.**
Embry and Neusner
118 Poquonnock Road
Groton, CT  06340

**Thomas Maxwell, Esq.**
Pullman & Comley LLC
850 Main Street
Bridgeport, CT  06601

**Geoffrey Lane Squitiero, Esq.**
Maher & Murtha
528 Clinton Ave., PO Box 901
Bridgeport, CT 06601

/s/ Dan E. LaBelle
Dan E. LaBelle

2083495v.1