UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| EUGENE H. FRANK<br><br>    Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC COMPANY;<br>CBS CORPORATION f/k/a VIACOM INC.,<br>successor-by-merger with CBS<br>CORPORATION f/k/a WESTINGHOUSE<br>ELECTRIC CORPORATION; AND<br>AIR & LIQUID SYSTEMS CORPORATION,<br>as successor-by-merger to BUFFALO PUMPS,<br>INC.<br><br>    Defendants. | Case No.<br><br><br><br><br><br><br><br><br><br><br>AUGUST 4, 2011 |

## NOTICE PURSUANT TO STANDING ORDER

Pursuant to the Standing Order in Removed Cases, defendant General Electric Company hereby certifies the following information:

1. Defendant General Electric Company first received a copy of the Summons and Complaint on or after July 25, 2011. The date on which the co-defendants first received a copy of the Summons and Complaint is not known with certainty, but it is believed to be on or after July 25, 2011.

2. Defendant General Electric Company was served with a copy of the Summons and Complaint on July 25, 2011. The dates of service of the Summons and Complaint on the co-defendants is not known with certainty, but it is believed to be on or after July 25, 2011.

3. This is not a diversity case. Federal jurisdiction in this case is based upon 28 U.S.C. § 1442(a)(1) ("federal officer or agency") and 1446.

4. Removal has taken place within thirty days of first receipt by General Electric Company of a copy of the Summons and Complaint. Because of the basis of jurisdiction in this case, the date of receipt of the summons and complaint by codefendants is not relevant. Upon information and belief, the codefendant received a copy of the Summons and Complaint on or after July 25, 2011.

5. Because of the basis of jurisdiction in this case, joinder of all defendants in the removal is not necessary. *Elly Valley Mines, Inc. v. Hartford Accident and Indemnity*, 644 F.2d 1310 (9th Cir. 1981).

THE DEFENDANT,
GENERAL ELECTRIC COMPANY


/s/ Dan E. LaBelle
Dan E. LaBelle, Esq.
Federal Bar No. ct01984
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880
Telephone: (203) 227-2855
Facsimile: (203) 227-6992
labelle@halloran-sage.com

## CERTIFICATION OF SERVICE

This is to certify that on this 4th day of August, 2011, a copy of the foregoing was mailed via first class mail, postage prepaid to all counsel and pro se parties of record:

**Stephen C. Embry, Esq.**
Embry and Neusner
118 Poquonnock Road
Groton, CT  06340

**Thomas Maxwell, Esq.**
Pullman & Comley LLC
850 Main Street
Bridgeport, CT  06601

**Geoffrey Lane Squitiero, Esq.**
Maher & Murtha
528 Clinton Ave., PO Box 901
Bridgeport, CT  06601

                                                  /s/ Dan E. LaBelle
                                                    Dan E. LaBelle